Ronald SALYER, Petitioner—
Appellant,

v.

COMMISSIONER of INTERNAL
REVENUE, Respondent—
Appellee.

No. 09–1420.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 2, 2009.

Ronald Salyer, Appellant Pro Se. Thomas J. Clark, John DiCicco, Gretchen M. Wolfinger, United States Department of Justice, Washington, D.C.; Clarissa C. Potter, Internal Revenue Service, Washington, D.C., for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Salyer appeals from the tax court's orders denying, based on lack of jurisdiction, his Motion to Restrain Assessment or Collection, and denying his motion to vacate. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *See Salyer v. Comm'r, IRS,* Tax Ct. No. 08L–14638 (U.S.T.C. Jan. 13, 2009 & entered Mar. 5, 2009; filed Mar. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*